# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

129208

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 129208
                                       COA: 261754
                                       Washtenaw CC: 01-001265-FH

JEFFREY SCOTT PRIELIPP,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005                       _____
                                                 Clerk

s1102